IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CONNIE WINELAND (IA), MARIA WARD (MO), ROSELLA MOSE (IL), TAMMY McKINNIS (KS), LISA SMITH (IN), APRIL HICKS (NE), TERESA ARENAS (SD), and KATHY GOLDMAN (MN), Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASEY'S GENERAL STORES, INC., ROBERT J. MYERS, RONALD M. LAMB, TERRY W. HANDLEY, ROBERT C. FORD, and JULIA L. JACKOWSKI<br><br>Defendants | No. 4:08-CV-0020-RP-TJS<br><br>AFFIDAVIT OF JAMES B. ZOURAS IN SUPPORT OF MOTION FOR FINAL APPROVAL OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND SEPARATE AWARDS FOR NAMED PLAINTIFFS AND DEPONENTS |

STATE OF ILLINOIS    )
                     )   SS
COUNTY OF COOK       )

James B. Zouras hereby declares:

1. I am a principal of the law firm of Stephan Zouras, LLP ("SZ"). I submit this affidavit in support of my firm's application for an award of attorneys' fees earned and expenses incurred in connection with services rendered to the Plaintiff Class in the captioned litigation.

2. The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time spent by SZ principals and professional support staff who were involved in this litigation, and the

lodestar calculation based on my firm's current billing rates. The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by the firm. Time expended in preparing this application for fees and reimbursement of expenses is not included in Exhibit 1 and is not sought by this motion.

3. The hourly rates for SZ principals and professional support staff included in Exhibit 1 have been accepted and approved in other contingent litigation and are comparable to rates charged by class action counsel in similar cases in this District and Circuit. SZ actively prosecutes dozens of class actions and working on the Casey's litigation has prevented SZ from prosecuting other cases.

4. SZ has significantly reduced its lodestar by eliminating time entries which were arguably duplicative or unnecessary. This included dozens of hours of time spent responding to Class Members' inquiries about the litigation and Settlement, time spent working with the Claims Administrator, and all time preparing for final settlement approval and counsel's application for fees and costs. The total number of hours expended on this litigation by SZ is 1,380.75 hours. SZ's total lodestar is $608,475.00.

5. SZ's lodestar figures are based upon the firm's current billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in SZ's billing rates.

2

6. The schedule attached as Exhibit 2 is a detailed summary of the expenses SZ incurred in connection with the prosecution of this litigation, for which it now seeks reimbursement. The total of SZ's un-reimbursed expenses is $14,079.93.

7. The expenses incurred in this action are reflected on SZ's books and records. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred. The expenses incurred are expenses normally charged to clients and were reasonable and necessary to prosecute the case. They are normal costs charged to clients and not part of SZ's overhead.

8. With respect to the standing of counsel in this case, attached hereto as Exhibit 3 is a brief biography of SZ and the SZ attorneys who were principally involved in this litigation.

FURTHER AFFIANT SAYETH NOT.

James B. Zouras

Subscribed and sworn to before me
this 24th day of September 2009.

NOTARY PUBLIC 

IRENE M WEBER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 13, 2011

3

CASEY'S GENERAL STORES - WINELAND

TIME REPORT

Firm Name:   Stephan Zouras, LLP

| ATTORNEY | | Current Hours | | Cummulative Hours | LODESTAR |
|---|---|---|---|---|---|
| Stephan, Ryan | $500.00 | | | 705.25 | $352,625.00 |
| Zouras, James | $500.00 | | | 470.75 | $235,375.00 |
| TOTAL | | | | 1176 | $588,000.00 |

| LAW CLERKS & PARALEGALS | | | | | |
|---|---|---|---|---|---|
| Babowice, Megan | $100.00 | | | 124 | $12,400.00 |
| Weber, Irene | $100.00 | | | 80.75 | $8,075.00 |
| TOTAL | | | | 204.75 | $20,475.00 |
| GRAND TOTAL | | $0.00 | | 1380.75 | $608,475.00 |


EXHIBIT 1

## CASEY'S GENERAL STORES - WINELAND

## EXPENSE REPORT

Firm Name:                                             Stephan Zouras, LLP

| EXPENSES | CURRENT EXPENSES | CUMMULATIVE EXPENSES |
|---|---|---|
| Computer Tech Support | | $0.00 |
| Consulting | | $9,598.58 |
| Courier, Express Mail | | $0.00 |
| Meals, Hotels, Transportation | | $2,885.75 |
| Office Supplies and Displays | | $0.00 |
| Photocopying | | $88.00 |
| Publications | | $0.00 |
| Postage | | $1.42 |
| Press Releases | | $0.00 |
| Research | | $48.28 |
| Telephone, Facsimile | | $0.00 |
| Transcripts and Filing Fees | | $1,457.90 |
| TOTAL | | $14,079.93 |



EXHIBIT 2

# STEPHAN ZOURAS, LLP

## FIRM PROFILE

**STEPHAN ZOURAS, LLP,** is a law firm that concentrates on helping people in both class and individual civil litigation. The firm's attorneys have broad experience in the areas of wage and hour litigation and other employment matters, serious personal injury, consumer protection, products liability, business disputes and other complex litigation.

With our headquarters located in Chicago, Illinois, the firm litigates cases in Federal and State courts throughout the United States. The firm's two founding partners, James B. Zouras and Ryan F. Stephan, have successfully prosecuted claims ranging from individual wrongful death and other catastrophic injury cases to complex, multi-district class and collective actions involving tens of thousands of individuals and some of the largest corporations in the world.

## ATTORNEYS

**James B. Zouras** is a 1995 graduate of DePaul University College of Law, where he served as Editor of the Law Review. He has successfully handled over a dozen major jury trials along with a like number of appeals. In 2000, he was named among the *Chicago Law Bulletin's* "Top 40 Lawyers Under Age 40," one of the youngest lawyers ever bestowed that honor.

**Ryan F. Stephan** graduated from Chicago Kent College of Law in 2000. He has served as lead or co-lead counsel on numerous complex class and collective action cases and has successfully argued before the Judicial Panel on Multi District Litigation.

## REPRESENTATIVE CLASS/COLLECTIVE ACTION CASES

The firm's partners were appointed lead or co-lead counsel, litigated and achieved six and seven-figure settlements in the following class and collective actions:

<u>Perez et al v. RadioShack Corporation,</u> No. 02 C 7884 (United States District Court for Northern District of Illinois); <u>Lloredo v. RadioShack</u>, No. 04 cv 20991 (United States District Court for the Southern District of Florida)

The firm's partners served as co-lead counsel in these companion nationwide Fair Labor Standards Act ("FLSA") overtime actions brought on behalf of 4,000 retail store managers. Plaintiffs claimed they were improperly classified as exempt from the FLSA and owed overtime compensation for all hours worked in excess of 40 each week. In a case of first impression, the Court granted summary judgment in favor of a sub-class of Plaintiffs who did not "regularly and customarily" supervise at least 80 hours of subordinate time per week at least 80% of the time as required by the executive exemption of the FLSA. The reported decision is *Perez v. RadioShack Corp.*, 386 F.Supp. 979 (N.D.Ill. 2005). As a result of the efforts of Plaintiffs' counsel, Plaintiffs obtained a nearly $9 million settlement on the eve of trial.



EXHIBIT 3

1

**Ciesla, et al v. Lucent Technologies, Inc.**, No. 05 cv 1641 (United States District Court for the Northern District of Illinois)

**Casale et al v. Provident Bank**, No. 04 cv 2009 (U.S. District Court for the District of New Jersey):

**Reinsmith et al v. Castlepoint Mortgage**, No. 05 cv 01168 (U.S. District Court, Eastern District of Massachusetts):

**Huebner et al v. Graham C Stores**, 06 CH 09695 (Circuit Court of Cook County, Chancery Division, State of Illinois)

**Billman v. National City Bank**, No. 06 cv 138 (U.S. District Court, Southern District of Ohio)

**Flynn et al v. Mortgage IT**, No. 05 cv 3120 (U.S. District Court, Southern District of Ohio)

**Corbin et al v. Barry Realty**, 02 CH 16003 (Circuit Court of Cook County, Chancery Division, State of Illinois)

**Kutcher et al v. B&A Associates**, 03 CH 07610 (Circuit Court of Cook County, Chancery Division, State of Illinois)

**Stuart et al v. College Park et al**, 05 CH 09699 (Circuit Court of Cook County, Chancery Division, State of Illinois)